UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISIDRO ALBERTO RAPALO
CASTELLON,

       Petitioner,

    v.                         Case No.:  2:26-cv-00732-SPC-DNF

WARDEN OF FLORIDA SOFT
SIDE SOUTH *et al.*,

       Respondents,

_____/

## OPINION AND ORDER

Before the Court are Isidro Alberto Rapalo Castellon's Motion to Enforce (Doc. 14) and the government's response (Doc. 15).

Rapalo Castellon, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing.  The Court agreed and ordered the respondents to either bring Rapalo Castellon before an immigration judge for a bond hearing or release him from custody.

An immigration judge conducted a bond hearing on April 2, 2026.  Rapalo Castellon appeared with counsel, who presented evidence and argument.  The immigration judge denied bond with a four-word order: "Danger and flight

risk." (Doc. 14-2 at 1). Rapalo Castellon argues the judge failed to meaningfully engage with and properly weigh the evidence and instead based the decision on speculation about the strength of his underlying immigration case. And, according to Petitioner, the IJ relied too heavily on Petitioner's DUI convictions, two unlawful entries, lack of legal status (for Petitioner and certain family members on whose ties he relied), and likelihood of not achieving immigration relief.

In response, the government argues that these are exactly some of the factors suggested in *Guerra*. The proper way to challenge the results of the bond hearing is to appeal to the Board of Immigration Appeals. The Court agrees. *See* 8 U.S.C. § 1226(e). It appears the IJ held a bond hearing on the merits, considered the factors from *Guerra*, and denied bond. Accordingly, Rapalo Castellon's post-judgment motion (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on April 17, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2