UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISIDRO ALBERTO RAPALO CASTELLON,

Petitioner,

v. Case No.: 2:26-cv-00732-SPC-DNF

WARDEN OF FLORIDA SOFT SIDE SOUTH *et al.*,

Respondents.
______________________________/

# OPINION AND ORDER

Before the Court are Isidro Alberto Rapalo Castellon's Motion for Attorney Fees Under the Equal Access to Justice Act (Doc. 18) and the government's Motion to Hold EAJA Motion in Abeyance (Doc. 21). Rapalo Castellon is the prevailing party in this habeas action, and he asks the Court to award attorney fees under the EAJA. On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223. In that case, the Court will decide whether EAJA fee awards are available in habeas challenges to immigration detention. The Court finds it appropriate to hold Rapalo Castellon's EAJA motion in abeyance until the Supreme Court answers that potentially dispositive question.

Accordingly, the government's motion (Doc. 21) is **granted**, and Rapalo Castellon's motion (Doc. 18) is held in abeyance. If Rapalo Castellon believes

he is entitled to attorney fees under the EAJA following the Supreme Court's decision in *Montoya Palacios*, he shall file a renewed motion explaining why. If Rapalo Castellon files a renewed motion, the government shall respond within 14 days. If Rapalo Castellon does not renew his motion, the Court will not award fees under the EAJA.

**DONE AND ORDERED** in Fort Myers, Florida on September 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record